**TIFFANY LENA, ESQ.; SBN 185603**
1670 Sagewood Way
San Marcos, CA 92078
telephone: (760) 612-9976
tiffany.lena@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN & APPRENTICESHIP TRAINING TRUST,** | Civil Case No.: 1:16-CV-01925-LJO-SKO |
| | **STIPULATED JUDGMENT AND ORDER THEREON** |
| **Plaintiffs,** | |
| v. | |
| **ATKINS SPECIALTY SERVICES, INC.** | |
| **Defendant.** | |

WHEREAS, Plaintiffs Board of Trustees of the Kern County Electrical Workers' Pension Fund, Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, and Board of Trustees of the Kern County Electrical Journeyman & Apprenticeship Training Trust (hereinafter "Plaintiffs") and Defendant Atkins Specialty Services, Inc (hereinafter "Defendant"), collectively referred to as "the Parties," have agreed to settle this lawsuit on the

//

terms set forth in this Stipulated Judgment.  The Parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a settlement.  However, after a review of all the issues, the Parties agree that they do not want to go to trial and instead agree to the following Stipulation in settlement of the issues in this matter.

On or about December 23, 2016, a civil Complaint was filed against the above-mentioned Defendant, alleging that Defendant owed a certain sum of money to Plaintiffs for contractually obligated delinquent fringe benefit contributions.  Defendant was properly served with the Complaint and Summons on or about January 10, 2017.  Prior to answering the Complaint, the Defendant filed an Petition for Voluntary Bankruptcy under Chapter 11 of Title 11 of the United States Code thereby staying this action under U.S.C. §362(a)(1) and (a)(3).  Plaintiffs are unsecured creditors with a priority claim under the Bankruptcy Code.

Defendant now wishes to settle the instant matter as well as dismiss the Bankruptcy matter to avoid incurring further professional fees and costs.  In consideration thereof, Defendant has offered to settle both matters in full for the total sum of $153,526.31 which includes contributions, liquidated damages and interest.  A copy of the payment schedule detailing the monthly payments is attached hereto as Exhibit "A" and incorporated herein by reference.

The parties acknowledge that this Court has jurisdiction over the subject matter of this action and over each of the parties to this Stipulated Judgment, and that this Court shall retain jurisdiction for the purposes of implementing and enforcing this Stipulated Judgment.  The parties agree to present any disputes under this Stipulated Judgment, including without limitation any claims for breach or enforcement of this Stipulated Judgment, exclusively to this Court.

Parties thereby agree that a judgment shall be entered in the sum of $153,526.31 against Defendant. An initial payment of $5,000 shall be made to Plaintiffs on or before the third business day after the Effective Date of this Stipulated Judgment. The remainder shall be paid to Plaintiffs over a 72-month period with each periodic payment being made on or before the tenth of each month in the sum of $2,072.74, commencing July 10, 2017. The final payment shall be in the amount of $1,361.77 on June 10, 2023.

Defendant shall have the right to cure any default under this Stipulation within 14 days of Plaintiffs' notice of default to Defendant.

All payments by Defendant to Plaintiffs shall be made payable to Construction Benefits Administration, Inc. at the following address:

> Construction Benefits Administration, Inc.
> 3805 North Sillect Avenue, Suite B
> Bakersfield, CA 93308

So long as Defendant makes timely payments to Plaintiffs as required by this Stipulated Judgment, Plaintiffs may not engage in any other methods of enforcing the judgment not described by above. Should Defendant fail to make any payment in the time and manner specified, the total remaining sum of the judgment shall become immediately due and payable. Upon such default, Plaintiffs are authorized to enter a Revised Final Judgment in their favor, if such default continues after ten (10) days written notice to the defaulting party by regular mail for the amount due as demanded, less any sums paid on account, plus accrued interest in the amount of 10% per annum.

The Effective Date of this Stipulation is the date that an order dismissing Defendant's Chapter 11 Case becomes a final order. Defendants shall use commercially reasonable efforts to cause the Chapter 11 Case to be dismissed as soon as reasonable practical.

This Stipulation may be executed in any number of counterparts, delivered by facsimile or electronic mail, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

DATED: May ____, 2017   Plaintiffs BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN & APPRENTICESHIP TRAINING TRUST

_____
Tiffany Lena, on behalf of
Plaintiffs

Defendant ATKINS SPECIALTY SERVICES, INC.

DATED:   _____
Rhonda Atkins, Chief Executive Officer, on behalf of Defendant

DATED:   _____
Jeff Atkins, Chief Operating Officer, on behalf of Defendant

IT IS SO ORDERED.

Dated:  **July 24, 2017**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE

STIPULATED JUDGMENT AND ORDER THEREON
CAED Case No.: 1:16-CV-01925-LJO-SKO